IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| Liang Li  A# 099-762-603 ) <br> Ting Lu   A# 094-875-651 ) <br> 37620 South Oval, Solon, OH 44139 ) <br> ) <br> Plaintiffs, PRO SE ) <br> ) <br> V. ) <br> ) <br> Michael Chertoff, Secretary, ) <br> Department of Homeland Security; ) <br> Jonathan Scharfen, Acting Director, ) <br> U.S. Citizenship and Immigration Service; ) <br> Evelyn Upchurch, Center Director, ) <br> Texas Service Center, United States ) <br> Citizenship and Immigration Services; ) <br> Robert S. Muller III, Director, ) <br> Federal Bureau of Investigation, ) <br> Michael B. Mukasey, Attorney General of ) <br> The United States ) <br> Condoleezza Rice, U.S. Secretary of State ) <br> ) <br> Defendants. ) | Civil Action No. **1:08CV2620** |

## STIPULATION OF DISMISSAL

Plaintiffs Liang Li and Ting Lu received the relief that they were seeking through the above-captioned suit. It is hereby stipulated and agreed that the action be dismissed, with prejudice, with each party to bear its own costs and fee, including attorneys fees, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, because this matter having been resolved administratively.

Respectfully submitted this 21th day of November 2008.

By

*/s/ Liang Li  Ting Lu*
Liang Li   Ting Lu
Pro Se Plaintiffs

Asst. United States Attorney
Attorney for Defendants

1

IT IS SO ORDERED.

S/CHRISTOPHER A. BOYKO
U.S. DISTRICT COURT JUDGE
DECEMBER 9, 2008